UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

Date: July 24, 2025


JUDGE:  HON. CLAIRE C. CECCHI

COURT REPORTER: RHEA MORALES

DEPUTY CLERK: JACQUIE LAMBIASE

Docket No. 24-CR-319 (CCC)


Title of Case: U.S.A. v. HECTOR MARTINEZ

Appearances:        Eli Jacobs, AUSA, for the
                    Government  Joseph Rubino, Esq. for
                    Defendant   Danielle Vargas, U.S.
                    Probation Officer

**Nature of Proceedings:**  Sentencing

Conference held.
Sentence: 47 as to Counts 1 & 2 to be served concurrently
Supervised Release: 3 years as to Counts 1 & 2 to run concurrently
Special Conditions:
1.  Alcohol/Drug Testing & Treatment
2.  Consent to Search
3.  Mental Health Treatment
4.  Motor Vehicle Compliance
5.  Supporting Dependents
Special Assessment: $200 as to Counts 1 & 2 (due immediately)
Defendant advised of right to appeal.


Time Commenced:  10:30 a.m.                    Time Adjourned:  11:45 a.m.


_Jacquie Lambiase_
Jacquie Lambiase, Deputy Clerk